**No. 45854.**—Protest 54914–K of Rogow & Fuse, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45855.**—Protests 53469–K, etc., of New York Merchandise Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the savings banks in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 45856.**—Protests 52913–K, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the hair curlers in question are similar to those the subject of Abstract 38680 and that the savings banks are like those the subject of Abstract 42749. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45857.**—Protest 57496–K of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the bird cages and stands in question are similar to those the subject of *Heemsoth* v. *United States* (T. D. 49191). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45858.**—Protest 49500–K of A. F. Cofod & Co., Inc. (New York).

Opinion by DALLINGER, J. It appeared that there was no copper in the locks in question. They were therefore held not subject to the tax under section 601 (c) (7).

**No. 45859.**—Protests 787456–G, etc., of Julius Blum & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the structural steel shapes in question are similar to those the subject of *Blum* v. *United States* (5 Cust. Ct. 119, C. D. 381). The claim at one-fifth of 1 cent per pound under paragraph 312 was therefore sustained.